UNITED STATES OF AMERICA,          :
          v.                       : Case No. 3:10-cr-39-KRG-KAP
ROBERT L. HARRISON,                :
          Movant                   :

## Memorandum Order

The movant's motion for reduction of his sentence under
28 U.S.C.§ 3582, docketed at docket no. 151, was referred to
Magistrate Judge Keith A. Pesto in accordance with the Magistrates
Act, 28 U.S.C.§ 636(b)(3). The Magistrate Judge filed a Report and
Recommendation on November 13, 2012, docket no. 169, recommending
that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§
636(b)(1), they had fourteen days to file written objections to the
Report and Recommendation. No objections have been filed and the
time to do so has expired. Movant has since filed a second motion
to vacate, docket no. 173, that has been referred to the Court of
Appeals for proceedings under 2244(b)(3).

After review of the Report and Recommendation and noting
the lack of objection thereto, the following order is entered:

AND NOW, this 5th day of August, 2013, it is

ORDERED that the motion at docket no. 151 is denied. The

Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Robert L. Harrison, Reg. No. 32682-068
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351